# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Hearman Newton,

          Plaintiff(s),

v.

Paul Penzone, et al.,

          Defendant(s).

No. CV-17-01100-PHX-SPL (DMF)

**REPORT AND RECOMMENDATION**

**TO THE HONORABLE STEVEN P. LOGAN, UNITED STATES DISTRICT JUDGE:**

Plaintiff, who was an inmate at Arizona State Prison Complex-Lower Buckeye, filed a pro se Prisoner Civil Rights Complaint on April 13, 2017 (Doc. 1). A Second Amended Complaint was filed on November 9, 2017 (Doc. 13). On February 9, 2018, the Court ordered Defendant Penzone to answer the Complaint (Doc. 15). The Court also ordered Plaintiff to complete and return the service packet within 21 days (Id. at 7). Plaintiff was warned that "if he fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice" (Id. at 7). As of this date, Plaintiff has not returned the service packet for Defendant Penzone.

On March 12, 2018, the Court had not received the completed service packet from Plaintiff and ordered that within 21 days of the Order, Plaintiff must show cause why this case should not be dismissed without prejudice for failure to comply with court orders (Doc. 16).

Plaintiff did not respond to the order to show cause or return the service packet.  It is noted that Plaintiff appears to be out of custody, sent a notice of change of address before his release, and the Court's March 12, 2018, Order was mailed to him without being returned (Docs. 14, 16).  Accordingly,

**IT IS HEREBY RECOMMENDED that** Plaintiff's Second Amended Complaint (Doc. 13) be dismissed without prejudice for failure to comply with court orders pursuant to Fed.R.Civ.P. 41(b).

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals.  Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court.  *See* 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Thereafter, the parties have fourteen days within which to file a response to the objections. Failure to timely file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure to timely file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. See Rule 72, Federal Rules of Civil Procedure.

Dated this 11th day of April, 2018.

Honorable Deborah M. Fine
United States Magistrate Judge

- 2 -